```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

                                            Plaintiff,

                    -against-

LOS PINOS FOOD CORP. d/b/a BURNSIDE
FOOD UNIVERISE MARKETPLACE and
GRAPHIC MAKERS PLUS, INC.,

                                            Defendants.
-------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE
CONFERENCE**

**23-CV-6382 (AT)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 41).  A telephone

conference will be held on **Thursday, February 1, 2024 at 11:30 a.m.** in advance of a settlement

conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

        SO ORDERED.

Dated: December 14, 2023
       New York, New York

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge