```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  PREPARED FOOD PHOTOS, INC. f/k/a
  ADLIFE MARKETING &
  COMMUNICATIONS CO., INC.,

                                      Plaintiff,        ORDER ADJOURNING TELEPHONE
                                                        CONFERENCE
                  -against-
                                                        23-CV-6382 (AT)
  LOS PINOS FOOD CORP. d/b/a BURNSIDE
  FOOD UNIVERISE MARKETPLACE and
  GRAPHIC MAKERS PLUS, INC.,

                                      Defendants.
------------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on January 19, 2024 (doc. no 43) the telephonic Pre-settlement Conference currently scheduled for **February 1, 2024** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated: January 21, 2024
       New York, New York

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2024